## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## FT. LAUDERDALE DIVISION

| | |
|---|---|
| FRANCISCA D. LOCICERO, | ) |
| | ) |
| Plaintiffs, | ) Civil Action |
| | ) |
| v. | ) No. 0:17-cv-61484-DPG |
| | ) |
| GREENSKY, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

### GREENSKY LLC'S CORPORATE DISCLOSURE STATEMENT

Defendant, Greensky, LLC, f/k/a GreenSky Trade Credit, LLC ("GreenSky"), submits the following Corporate Disclosure Statement:

Defendant GreenSky, LLC states that it has no parent corporation and that no publicly traded corporation currently owns 10% or more of its stock.

Respectfully submitted this 17th day of August, 2017.

                KING & SPALDING LLP

                By: /s/ *J. Anthony Love*
                J. Anthony Love (FL. Bar No. 67224)
                1180 Peachtree Street N.E.
                Atlanta, Georgia  30309-3521
                Tel:  (404) 572-4600
                Fax:  (404) 572-5100
                Email:  tlove@kslaw.com
                *Attorney for Defendant GreenSky, LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system:

Robert William Murphy
1212 SE 2nd Avenue
Fort Lauderdale, FL 33316

        /s/ *J. Anthony Love*
        J. Anthony Love
        *Attorney for Defendant GreenSky, LLC*