IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:17-cv-61484-DPG

FRANCISCA D. LOCICERO, an individual,
on behalf of herself and all others similarly
situated,

      Plaintiff,

vs.                                      **CLASS ACTION**

INTRUST BANK, N.A., a national banking
association, and GREENSKY, LLC, a Georgia
limited liability company,

      Defendants.
_____/

**RESPONSE TO DEFENDANTS' MOTION TO DISMISS
AND BRIEF IN SUPPORT**

Plaintiff, Francisca D. Locicero, an individual ("Ms. Locicero"), on behalf of herself and all others similarly situated, pursuant to the Local Rules of the United States District Court, Southern District of Florida, hereby files her Response to the Joint Motion to Dismiss Plaintiff's Complaint and Supporting Memorandum of Law ("Motion to Dismiss") filed herein by Defendants, INTRUST Bank, N.A., a national banking association, and GreenSky LLC, a Georgia limited liability company [DE 16], and would state as follows:

1. Contemporaneous with the filing of the instant memorandum, Ms. Locicero has filed an Unopposed Motion for Leave to Amend Complaint.

2. Pursuant to Rule 15, Federal Rules of Civil Procedure, prior to entry of a final judgment, a motion to dismiss is not considered to be a responsive pleading. *Chilivis v. SEC*, 673 F.2d 1205, 1209 (11th Cir. 1982).

3.  As a result of the anticipated filing of the Amended Complaint, the Motion to Dismiss of Defendants will be moot.

4.  In the event this Court denies the Motion for Leave to Amend, Ms. Locicero would respectfully request an additional five (5) days in which to serve her response to the Motion to Dismiss.

WHEREFORE, Plaintiff, Francisca D. Locicero, an individual, respectfully requests this Court deny the Motion to Dismiss on account of mootness in accordance with the above argument.

*/s/ Robert W. Murphy*
ROBERT W. MURPHY
Florida Bar No. 717223
1212 S.E. 2nd Avenue
Fort Lauderdale, Florida 33316
(954) 763-8660
(954) 763-8607 (FAX)
Email: rphyu@aol.com;
rwmurphy@lawfirmmurphy.com

KATHLEEN P. HYLAND
*Admitted pro hac vice*
Hyland Law Firm, LLC
16 East Lombard Street, Suite 400
Baltimore, Maryland 21202
(410) 777-8536
(410) 777-8237 (FAX)
Email: kat@lawhyland.com
COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on October 24, 2017 on J. Anthony Love, Esquire, and Barry Goheen, Esquire, King & Spalding, LLP, 1180 Peachtree Street, N.E., Atlanta, Georgia 30309, telephone: (404) 572-4600, email: tlove@kslaw.com, bgoheen@kslaw.com, *counsel for Defendants*, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other

authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

                                                                       /s/ *Robert W. Murphy*
                                                                       Attorney