# EXHIBIT "C"

# GreenSky® Installment Loan Agreement
## RETAIL INSTALMENT CREDIT AGREEMENT

Reference Number:  
Merchant/Provider: Fluid Air Concepts

Representative:  
Borrower: Francisca D. Locicero  
Phone Number: 954-825-5268  
Address: 1050 NW 53rd Street  
City/State/Zip: Pompano Beach FL 33064

Application ID: 1607281991   Date: 07/28/2016  
LENDER: InTrust Bank, Wichita, KS  
Lender Correspondence Address: PO Box 29429, Atlanta, GA 30359,  
Attention: Correspondence  
Borrower:  
Phone Number:  
Address:  
City/State/Zip:

**TRUTH IN LENDING DISCLOSURE**

| ANNUAL PERCENTAGE RATE  The cost of credit as a yearly rate | FINANCE CHARGE  The dollar amount the credit will cost you | Amount Financed  The amount of credit provided to you or on your behalf | Total of Payments  The amount you will have paid when you have made all payments as scheduled |
|---|---|---|---|
| 7.99% | $ 3,741.05 (e) | $ 8,000.00 (e) | $ 11,741.05 (e) |

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 5 | $ 53.27 (e) | Beginning 09/10/2016 and monthly thereafter for a total of 5 Months ("Promotional Payment Period") |
| 114 | $ 99.78 (e) | Beginning monthly thereafter for a total of 114 months |
| 1 | $ 99.78 (e) | 08/10/2026 |

Late Charge: If payment is more than 10 days late, you will be charged the lesser of $25 ($15 in Iowa) or 5% of the payment amount past due.

Prepayment: If you pay off early, you will not have to pay a penalty and you may be entitled to a refund of part of the finance charge.  
See the rest of this document for any additional information for nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.  
"(e)" means estimate

Itemization of Amount Financed: $ 8,000.00 (e) — Paid to Fluid Air Concepts

Florida documentary stamp tax required by law estimated in the amount of $28.00 (e) will be paid directly to the Department of Revenue. Certificate of Registration No. 78-8016047138-1.

By signing below, each Borrower ("you") acknowledges that (i) Lender ("we" or "us") has approved Borrower(s) for a loan up to the Amount Financed as set forth in the Truth in Lending Disclosure above (which is part of this Agreement), (ii) each Borrower has received and retained a copy of Lender's Privacy Notice, (iii) each Borrower has read this Agreement, including any Addenda, and agrees to be bound by its terms, (iv) if this Agreement resulted from a sale in your home ("In-Home Sale"), the sales person has explained each Borrower's right to cancel and has provided a filled-in written Notice of Right to Cancel. Any Notice of Right to Cancel and any additional notice of right to cancel provided in the sales contract for an In-Home Sale, as well as any accompanying addendum provided to Borrower, are incorporated herein by reference. Unless any Borrower exercises the right to cancel, Lender agrees to pay the Amount Financed to Merchant/Provider for an In-Home Sale upon receipt of a proper, completed and signed Certificate of Completion or other completion form, (v) either Borrower may direct Lender to make payments to Merchant/Provider by using a Purchasing Card (if provided by Lender), and (vi) neither Borrower is a co-signer. A Certificate of Completion is required unless Borrower directs Lender to make payments to Merchant/Provider by using a Shopping Pass or Purchasing Card.

NOTICE TO THE BUYER: 1. THIS IS A CONSUMER CREDIT TRANSACTION. 2. DO NOT SIGN THIS CREDIT AGREEMENT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACE. 3. YOU ARE ENTITLED TO A COMPLETELY FILLED IN COPY OF THIS CREDIT AGREEMENT. 4. YOU MAY PREPAY THE UNPAID BALANCE UNDER THIS AGREEMENT AT ANY TIME WITHOUT PENALTY AND MAY BE ENTITLED TO RECEIVE A REFUND OF UNEARNED CHARGES IN ACCORDANCE WITH LAW. 5. THE FIRST USE OF THE SHOPPING PASS, PURCHASING CARD, OR THE ASSOCIATED INSTALLMENT LOAN TO MAKE A PURCHASE WILL CONSTITUTE ACCEPTANCE BY (ALL) BORROWER(S) OF THE TERMS OF THE ACCOMPANYING INSTALLMENT LOAN AGREEMENT. THE DATED PHYSICAL OR ELECTRONIC RECORD OF SUCH USE WILL EVIDENCE THE SIGNATURE OF (ALL) BORROWER(S) ON THIS AGREEMENT. (Application ID: 1607281991 )

CAUTION - IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT. NON-NEGOTIABLE CONSUMER NOTE. RETAIL INSTALMENT CREDIT AGREEMENT

Borrower: Sign Here: _____   Date: _____  
*If not physically signed and dated above, see electronic signature*

Borrower: Sign Here: _____   Date: _____  
*If not physically signed and dated above, see electronic signature*

LENDER: /s/ InTrust Bank, Wichita, KS   Date: 07/28/2016

IN-HOME SALE CUSTOMERS: ARIZONA, CONNECTICUT, NORTH DAKOTA AND RHODE ISLAND RESIDENTS: THIS INSTRUMENT IS BASED UPON A HOME/PERSONAL SOLICITATION SALE SUBJECT TO THE PROVISIONS OF TITLE 44, CHAPTER 15 OF THE ARIZONA REVISED STATUTES IN ARIZONA, THE HOME SOLICITATION SALES ACT IN CONNECTICUT, AND THE NORTH DAKOTA CENTURY CODE IN NORTH DAKOTA. THIS INSTRUMENT IS NOT NEGOTIABLE.

For your convenience, we may provide you with certain materials in both the Spanish and English languages. You agree that, to the greatest extent not prohibited by law, the English text will control.

| TERMS AND CONDITIONS CONTINUE ON NEXT PAGE |



| GreenSky Shopping Pass | Shopping Pass* For Barcode Scanners |
|---|---|
| 5492693238402396  Exp 11/16  CVV 100  Francisca D. Locicero | 5492693238402396  Exp 11/16 |

## Congratulations, Francisca !
### Your application has been approved for $ 8,000.00 !
### You can start purchasing today by presenting this page and a photo ID to your Merchant/Provider.

**About Your Account:**

1. When you are ready to make your purchase, give your Account Number and Expiration Date to your Merchant/Provider along with your photo ID. Please be aware that if you authorize an initial advance under your GreenSky® Installment Loan to pay any initial payment required by the Merchant/Provider, payments may become due under your GreenSky® Installment Loan prior to the completion of services by the Merchant/Provider.
2. You have 4 months to use your credit limit of $8,000.00 . All purchases must be made by 11/25/2016.
3. By providing your account number to your Merchant/Provider you are authorizing payment for the goods and/or services that you are purchasing. Only provide your account number to your Merchant/Provider when you are prepared to pay. Only those named on this Shopping Pass are authorized to make purchases. Do not give this Shopping Pass to any person not named on this Shopping Pass. If this Shopping Pass is lost or stolen, please notify us immediately at 866-936-0602.
4. After your first purchase, you will receive monthly statements during your promotional period to track your transactions. When you use your GreenSky® Installment Loan, you have zero liability for transactions that you do not authorize². Please monitor your statements carefully and contact us at 866-936-0602 to notify us of any unauthorized activity.
5. You will have no obligation under this loan unless you authorize a transaction.

**Plan 1207. 120 month loan. 6 month initial period beginning at approval with up to 5 interest only payments (actual number of interest only payments depends on 1st transaction date) followed by 115 amortized payments based on the balance 6 months after your approval date. There is no prepayment penalty. Your APR is fixed at 7.99% for the life of the loan.**

Thank you for choosing GreenSky®!

| 866-936-0602 | service@greenskycredit.com | www.GreenSkyCredit.com |

Use of this Shopping Pass or the associated Installment Loan by (any) Borrower (or any authorized user) to make a purchase constitutes acceptance by (all) Borrower(s) of the terms of the accompanying Installment Loan Agreement. The physical or electronic record of any such purchase will constitute the signature of (all) Borrower(s) on such Loan Agreement.

*Eligible only for purchases with your Merchant/Provider. Your Lender is specified on your Loan Agreement.
²Standard MasterCard rules apply. Any unauthorized transactions must be reported to GreenSky® within 60 days.

Application ID: 1607281991

Provide your account number to authorize a transaction only after you are satisfied that you have received the goods and/or services that you are receiving. Your Lender does not monitor the workmanship, quality, or completeness of the goods and/or services that you purchase. Contact your Merchant/Provider immediately if not completely satisfied. During your promotional period, you will receive monthly statements to track your loan transactions. You have 60 days after any transaction date to file a dispute.

**FOR CUSTOMER PROTECTION, IDENTIFICATION WILL BE REQUIRED FOR ALL PURCHASES.**

Examples of required minimum monthly payments for different total purchase amounts appear below:

| Total Amount of Purchases | Monthly Payment Amount |
|---|---|
| 4,000.00 | 49.89 |
| 5,000.00 | 62.37 |
| 8,000.00 | 99.78 |
|  |  |
|  |  |
|  |  |

© 2016 GreenSky Trade Credit, LLC. All rights reserved. Rev. 01/16



1. **Installment Loan Program.** You may make purchases of goods or services from Merchant/Provider, in total up to the "Amount Financed" set forth on the first page of this Agreement, during the purchasing window time period specified on your Shopping Pass, which is incorporated here by reference. You agree that each time you make a purchase of goods or services from Merchant/Provider, you are authorizing us to extend credit to you and to pay Merchant/Provider directly on your behalf. At the end of the purchasing window, you will no longer be permitted to make new purchases. You agree not to make purchases in excess of the Amount Financed shown above, but if you do, you agree that we may, in our sole discretion, increase the Amount Financed to include such excess amount in a Summary of Account at Conversion that reflects such increased Amount Financed and resulting increased Finance Charge and Total of Payments. The dated electronic record of such excess purchase(s) will evidence your acceptance of any such increased terms. We will total the purchases you made during the purchasing window and provide you with an updated Summary of Account at Conversion that will show (based on actual total purchases) the final Amount Financed, Finance Charge, Total of Payments and remaining payment schedule for your Installment Loan. Unless required to make minimum payments during your purchasing window, you will be obligated to begin making payments in the amounts and on the dates shown on your updated Summary of Account at Conversion, although you may make greater payments at any time without penalty. You agree that, except for the updated amounts, if any, shown on your updated Summary of Account at Conversion, including any adjustments in scheduled payments to reflect your final Amount Financed and Finance Charges due, all other terms and disclosures of this Agreement will remain in full force and effect.

2. **Promise to Pay.** For value received, you agree to pay us (a) the full Amount Financed shown on the front page of this Agreement, as the same may be adjusted in accordance with this Agreement, which is called the "principal balance," plus (b) periodic interest at a non-promotional annual rate of 7.99 % on the unpaid principal balance outstanding at the opening of the account and, thereafter, at the beginning of each billing cycle until the loan is paid (using a monthly rate), plus (c) a prepaid finance charge of $39, as applicable, plus (d) any applicable taxes or charges. The actual amount of interest that you pay may exceed the Finance Charge disclosed in the Truth in Lending Disclosure if you make payments later than their scheduled dates or in less than the scheduled amount. If you do not make required payments during the Promotional Payment Period, then, (i) any promotional rate may expire, (ii) interest may thereafter accrue and be charged to you at the non-promotional rate above, (iii) your purchasing window may close, and (iv) no new purchases may be permitted.

3. **Timing and Application of Payments.** You agree to make payments in accordance with the payment schedule contained in the Truth in Lending Disclosure on the preceding page (or any updated disclosure). Once the initial payment due date is set, the payment due date will be the same day each month. Subject to applicable law, we may apply payments to the amounts you owe under this Agreement in any order we choose. You may not tell us how to apply payments.

4. **Payment Method and Address.** Unless automatic payments are authorized in connection with this loan, you will make payments by mailing a check or money order to PO Box 530584, Atlanta, GA 30353-0584, by making a phone payment by dialing 1-855-809-1889 or Internet payment at www.greenskycredit.com (click "Make a Payment"). You agree not to send us partial payments marked "paid in full," "without recourse," or similar language. If you send such a payment, we may accept it without losing any of our rights under this Agreement. All written communications concerning disputed amounts, including any check or other payment instrument that (I) is postdated and accompanied by adequate notice, (II) indicates that the payment constitutes "payment in full" of the amount owed, (III) is tendered with other conditions or limitations or (IV) is otherwise tendered as full satisfaction of a disputed amount, must be marked for special handling and mailed or delivered to us at PO Box 29429, Atlanta, GA 30359, Attention: Disputes. Any dispute for healthcare services must include a fully completed Authorization to Release Patient Information form, which will be provided to the Provider.

5. **Final Payment, Late Charge and Returned Check Charge.** A loan which has unpaid principal, interest, late charges, returned payment charges or any other fees or charges at the end of the term will not be regarded as "paid in full."

6. **Card.** We will provide you with a Shopping Pass and/or Purchasing Card which you may use to make purchases of goods or services from Merchant/Provider for a limited time. Use of your Pass, Card or Loan to make a purchase constitutes your acceptance of the terms of this Agreement. You agree to notify us immediately if your card is lost, stolen or otherwise compromised.

7. **Returned Payment Charge.** Subject to applicable law, we may charge you a Return Payment Charge as provided herein. If your lender is located in Connecticut, Illinois, Georgia, Nebraska, New Jersey, New York, or Virginia, and your payment is dishonored or returned for any reason, you agree to pay us a Returned Payment Charge of $20. If your lender is located in Iowa and your payment by check is dishonored or returned for any reason, you agree to pay us a Returned Payment Charge of $20. If your lender is located in Alabama and your payment is dishonored or returned for any reason, you agree to pay us a Returned Payment Charge of $15. If your lender is located in Kansas, there is no Returned Payment Charge. In all cases, we may charge this fee the first time any payment is returned even if it is paid upon resubmission.

8. **Late Charge.**

If payment is more than 10 days late, you will be charged the lesser of $25 ($15 in Iowa) or 5% of the payment amount past due.

9. **Default.** Subject to applicable law, you will be in default if any of the following events occur: (i) you have made any false or misleading statement(s) in your application for the loan subject to this Agreement or any other account that you may have with us; (ii) you fail to make a payment within 60 days of when it was due under this Agreement or any other account agreement that you may have with us; (iii) you fail to comply fully with any term or condition of this Agreement or any other account agreement that you may have with us; (iv) you file or someone else files against you a petition in bankruptcy; (v) you die.

10. **Remedies on Default.** If you are in default, we will have all of the rights and remedies available to us at law or in equity, in addition to the specific rights and remedies set forth in this Agreement. We may exercise any, some or all of our rights and remedies, in our sole discretion. If you are in default, we may, at our option, require you to pay immediately the entire amount you owe us under this Agreement, in full. Subject to the requirements of applicable law, we may do this without giving you any advance notice of presentment, acceleration, or our intent to accelerate. Unless prohibited by applicable law, you agree to pay our reasonable costs and attorneys' fees related to the collection of your loan.

11. **Credit Inquiries and Loan Information.** You authorize us to obtain a credit report on you for any legal purpose in connection with this loan, including any update, extension of credit, review, or collection of this loan. If you request, we will tell you whether any credit report was requested, and if so, the name and address of the credit bureau furnishing the report.

12. **Inaccurate Information.** If you believe that we have information about you that is inaccurate or that we have reported or may report inaccurate information about you to a credit bureau, please notify us of the specific information that you believe is inaccurate by writing to us at PO Box 29429, Atlanta, GA 30359, Attention: Disputes. In doing so, please identify the inaccurate information and tell us why you believe it is incorrect. If you have a copy of the credit report that includes the inaccurate information, please send a copy of that report to us as well.

13. **Negative Information Reporting.** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

14. **Severability.** If applicable law is finally interpreted so that charges collected or to be collected in connection with this Agreement exceed the permitted limits, then (i) any such charges will be reduced to the permitted amounts and (ii) any amounts already collected that exceed the permitted amounts will be credited to you by, at our option, applying the credit to any amounts due hereunder or making a direct payment to you. If any provision in this Agreement is invalid under applicable law, the remainder of the provisions in this Agreement will remain in effect.

15. **Assignment.** This Agreement may be sold at our discretion.

16. **Governing Law.** This Agreement, including the rate of interest and fees, is governed by applicable federal law and, to the extent not pre-empted by federal law, the laws of the State where the Lender is located as shown on the front of this document (without regard to the State's conflicts of law provisions). If Lender is located in Kansas, the Kansas Consumer Credit Code (Kan. Stat. Ann. §§ 16a-1-101, et seq.) governs this Agreement.

17. **Joint and Several Liability.** Each Borrower signing this Agreement will be liable individually and together for all obligations under this Agreement, including payment to us of the entire amount owed under this Agreement.

18. **No Waiver by Us.** We will not be deemed to have waived any of our rights by delaying the enforcement of any of our rights. If we waive any of our rights in writing on one occasion, that waiver does not constitute a waiver by us of our rights on any future occasion.

19. **Telephone Monitoring and Recording.** You agree that we may monitor and/or record phone calls to ensure that you receive quality service and for training purposes.

20. **Communicating With You; Consent to Contact by Electronic and Other Means.** You agree that, to the greatest extent not prohibited by applicable law, we may contact you as provided in this paragraph. We may contact you for any lawful reason, including for the collection of amounts owed to us. No such contact will be deemed unsolicited. You consent to us (and any other owner or servicer of your account) contacting you about your account. We may contact you at such addresses or numbers (including wireless cellular



**TERMS AND CONDITIONS CONTINUE ON NEXT PAGE**

GSCP_AGMT_20160311_GS-10679 © 2016 GreenSky, LLC. All rights reserved. Rev. 03/16

may provide to us from time to time. We may use any means of communication, including, but not limited to, postal mail, electronic mail, telephone or other technology, to reach you. You agree that we may use automatic dialing and announcing devices which may play recorded messages. We may also send text messages to your telephone. You may contact us at any time to ask that we not contact you using any one or more methods or technologies.

21. Notices; Change of Address, Employment or Telephone Number. We will send all written notices and statements to your address as it appears on our records. To avoid delays and missed payments that could affect your credit standing, you agree to advise us promptly if you change your mailing address, place of employment, telephone number or other contact information, including, but not limited to, porting a landline telephone number to a cellular phone, VoIP or other services. You represent and agree that for purposes of imposing fees and charges, you are deemed to reside at the mailing address that we have on record for you.

22. Entire Agreement. This Agreement constitutes the final written expression of the credit agreement between you and us relating to your Loan. We are not bound by any oral representations made or implied that are not directly reflected in this Agreement. A credit agreement must be in writing to be enforceable. Oral agreements or commitments to loan money, extend credit, or forbear from enforcing repayment of a debt, including promises to extend or renew such debt, are not enforceable. To protect you and us from misunderstanding or disappointment, any agreements we reach covering such matters are contained in this writing, which is the complete and exclusive statement of the agreement between us, except as we may later agree in writing to modify it.

23. NOTICES: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

Your Merchant/Provider pays transaction fees as a result of your use of the Shopping Pass or Loan. Your Merchant/Provider is prohibited from surcharging you to cover the cost of these transaction fees.

Notice to California Residents (AVISO PARA LOS QUE RESIDEN EN CALIFOR- NIA): SI SU PRÉSTAMO FUÉ NEGOCIADO PRIMERAMENTE EN ESPAÑOL, ESTAMOS OBLIGADOS A PRESENTARLE UNA TRADUCCIÓN EN ESPAÑOL DE LAS DISPOSICIONES REQUERIDAS POR LA REGULACIÓN FEDERAL Z,12 C.F.R. APARTADO 1026.

Notice to Iowa Residents: IMPORTANT: READ BEFORE SIGNING. THE TERMS OF THIS AGREEMENT SHOULD BE READ CAREFULLY BECAUSE ONLY THOSE TERMS IN WRITING ARE ENFORCEABLE. NO OTHER TERMS OR ORAL PROMISES NOT CONTAINED IN THIS WRITTEN CONTRACT MAY BE LEGALLY ENFORCED. BORROWER MAY CHANGE THE TERMS OF THIS AGREEMENT ONLY BY ANOTHER WRITTEN AGREEMENT.

Notice to NH Residents: This Agreement provides for reasonable attorneys' fees to be awarded to us in an action against you involving this Agreement. Reasonable attorneys' fees will be awarded to you if you prevail in any action, suit or proceeding brought by us; or an action brought by you. If you successfully assert a partial defense or set-off, recoupment or counterclaim to an action brought by us the court may withhold from us the entire amount or such portion of the attorneys' fees as the court considers equitable.

Notice to New Jersey Residents: Because certain provisions of this Agreement are subject to applicable laws, they may be void, unenforceable or inapplicable in some jurisdictions. None of these provisions, however, is void, unenforceable or inapplicable in New Jersey.

Notice to New York Residents: NOTICE TO THE BUYER: 1. Do not sign this credit agreement before you read it or if it contains any blank space. 2. You are entitled to a completely filled in copy of this credit agreement.

Notice to Ohio Residents: The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio civil rights commission administers compliance with this law.

Notice to Vermont Residents: Lender is engaged in loan production. EACH BORROWER SHOULD RETAIN A COPY FOR THEIR RECORDS.

24. SECURITY AGREEMENT. Except as prohibited by state law, if your Installment Loan is made for the purchase of a Solar System, as defined herein, this paragraph applies. A "Solar System" is defined as any system designed to collect sunlight and convert it into electricity and may include, but shall not be limited to, the following components: photovoltaic (PV) panels, DC-to-AC inverters, tracking hardware, disconnect switches, and utility power meters (if financed by the Installment Loan). To secure all of your obligations to us under this Agreement, you grant us a security interest in the following assets, in each case whether now owned or hereafter acquired: (a) the Solar System purchased using your Installment Loan described in this Agreement;

(b) any and all rights and remedies under any warranty or warranties covering or relating to the Solar System; and (c) any proceeds (including, but not limited to, money from insurance, sale, or other events) arising from or relating to the Solar System. To the extent applicable, the foregoing security interest shall constitute a purchase money security interest. By accepting this Agreement and using your Installment Loan, you authorize us (x) to disburse funds to the Merchant/Provider for the purpose of financing your purchase of Solar System and to pay the Merchant/Provider some or all of the purchase price of the Solar System; and (y) to sign, file, and record one or more financing statements or any other documents we deem necessary and/or appropriate to perfect or otherwise protect our security interest in the Solar System. You and we agree (i) that the Solar System, and all parts and attachments, shall remain movable "personal property" notwithstanding the installation or annexation of the same to your residential property and regardless of whether we choose to file fixture filings to protect our security interest in the Solar System; (ii) the Solar System is not intended to be permanently or semi-permanently attached to or incorporated into your residential real property or any other real property; and (iii) it is the mutual intention of the parties to this Agreement regardless of how the Solar System may be characterized by any administrative, judicial, or third-party proceeding or determination, that we shall have a first and senior security interest in the Solar System, but we do not claim any lien on or interest in the real property at the location of the Solar System or any other real property or any other property you use as a residence. If you sell your home, you may move the Solar System to your new home, so long as you advise us in advance of your move in writing, and you have the Solar System installed on your new home in conformity with all applicable warranty requirements within thirty (30) days following commencement of your move.

To the extent that, notwithstanding our express intent, the Solar System or any portion thereof is determined by any governmental authority to constitute a fixture or an interest in any residential real property, and as a result of such determination we, or anyone acting on our behalf, would be deemed to constitute a mortgage broker or mortgage lender under applicable law, then the Solar System or such portion thereof, as applicable, shall be excluded from the security interest arising pursuant to this section. You agree that we disclaim any mechanic's, materialman's or similar lien to which we might otherwise be entitled by operation of law on or relating to (1) your real property at the location of the Solar System or other real property or any other property you use as a residence, and (2) any other property or collateral other than the Solar System itself. You agree to maintain adequate insurance to cover replacement of the Solar System and related services. You agree to add the Lender as an additional insured and loss payee on any insurance policy covering the Solar System. If the address at which the Solar System is installed is different from the primary applicant's address on your loan application, you agree to promptly notify us by mail at PO Box 29429, Atlanta, GA 30359, or by phone at 855-809-1889.

| Checking Your Credit Report | |
|---|---|
| What if there are inaccuracies in your credit report? | You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency.<br><br>It is a good idea to check your credit report to make sure the information it contains is accurate. |
| How can you obtain a copy of your credit report? | Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year.<br><br>To order your free annual credit report—<br><br>*By telephone:* Call toll-free: 1-877-322-8228<br><br>*On the web:* Visit www.annualcreditreport.com<br><br>*By mail:* Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's web site at www.ftc.gov/bcp/conline/include/requestformfinal.pdf) to:<br><br>Annual Credit Report Request Service<br>P.O. Box 105281<br>Atlanta, GA 30348-5281 |
| How can you get more information? | For more information about credit reports and your rights under Federal law, visit the Consumer Financial Protection Bureau's web site at www.consumerfinance.gov/learnmore. |

INTRUST

## Your Credit Score and the Price You Pay for Credit

| Your Credit Score | |
|---|---|
| Your credit score: | 691 |
| | Source: Experian  Date: 07/28/2016 |

| Understanding Your Credit Score | |
|---|---|
| What you should know about credit scores: | Your credit score is a number that reflects the information in your credit report. Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors. Your credit score can change, depending on how your credit history changes. |
| How we use your credit score | Your credit score can affect whether you can get a loan and how much you will have to pay. |
| The range of scores: | Scores range from a low of 300 to a high of 850. Generally, the higher your score, the more likely you are to be offered better credit terms. |
| How your score compares to the scores of other consumers: | Your credit score ranks higher than 42.0 % of U.S. consumers. |

44659                                         Borrower: Francisca D. Locicero



Page 2

| Why can't I limit all sharing? | Federal law gives you the right to limit only<br>• sharing for affiliates' everyday business purposes – information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. |
|---|---|

| Definitions | |
|---|---|
| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>• *INTRUST Bank has no affiliates* |
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>• *INTRUST Bank does not share with nonaffiliates so they can market to you* |
| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>• *INTRUST Bank doesn't jointly market* |

Rev. 12/15

| FACTS | WHAT DOES INTRUST BANK DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and income<br>• account balances and payment history<br>• credit history and credit scores<br><br>When you are *no longer* our customer, we continue to share your information as described in this notice. |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons INTRUST Bank chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does INTRUST Bank share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes -** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes -** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | No | We don't share |
| **For our affiliates' everyday business purposes -** information about your transactions and experiences | No | We don't share |
| **For our affiliates' everyday business purposes -** information about your creditworthiness | No | We don't share |
| **For nonaffiliates to market to you** | No | We don't share |

| Questions? | Call 1-855-809-1889 or go to www.greenskycredit.com |
|---|---|

| What we do | |
|---|---|
| How does INTRUST Bank protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| How does INTRUST Bank collect my personal information? | We collect your personal information, for example, when you<br>• open an account or deposit money<br>• pay your bills or apply for a loan<br>• use your credit or debit card<br><br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |

C340-125GREEN (12/15)

